1  STEVEN G. KALAR
   Federal Public Defender
2  CYNTHIA C. LIE
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA 95113
4  Telephone: (408) 291-7753

5  Counsel for Defendant GONZALEZ GARCIA

6

7           IN THE UNITED STATES DISTRICT COURT

8           FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                    SAN JOSE DIVISION

10 | UNITED STATES OF AMERICA,       )   No. CR-13-00526 DLJ
                                     )
11 |            Plaintiff,           )   STIPULATION TO CONTINUE STATUS
                                     )   HEARING
12 | vs.                             )
                                     )
13 | EDITH GONZALEZ GARCIA,          )
                                     )
14 |            Defendant.           )
   |_____ )

15

16     Defendant Edith Gonzalez Garcia and the United States, by and through their respective

17 counsel, hereby stipulate and agree that the status hearing currently set for Thursday, October 31,

18 2013, may be continued to Thursday, November 7, 2013, at 9:00 a.m.  The reason for the

19 requested continuance is that the parties are continuing their settlement negotiations and the

20 defense investigation into the collateral consequences of potential dispositions is ongoing.  The

21 parties therefore further stipulate that the time through and including November 7, 2013, may be

22 excluded from the computation of time within which trial shall commence, as the reasonable

23 ///

24 ///

25 ///

26 ///

Stipulation to Continue
CR 13-00526 DLJ                              1

1  time necessary for effective preparation of counsel, pursuant to 18 U.S.C. 3141(h)(7)(A) and
2  (h)(7)(B)(iv).
3  Dated: October 24, 2013

4                                                         s/_____
                                                       EDWARD R. FLUET
5                                                         Special Assistant United States Attorney

6  Dated: October 24, 2013

7                                                         s/_____
                                                       CYNTHIA C. LIE
8                                                         Assistant Federal Public Defender

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | No. CR-13-00526 DLJ |
|                                                           ) | |
|                     Plaintiff,              ) | [] ORDER TO CONTINUE |
|                                                           ) | STATUS HEARING AND EXCLUDE |
| vs.                                                   ) | TIME |
|                                                           ) | |
| EDITH GONZALEZ GARCIA,    ) | |
|                                                           ) | |
|                     Defendant.          ) | |
| _____) | |

Good cause appearing and by stipulation of the parties, it is hereby ordered that the status hearing currently set for Thursday, October 31, 2013, shall be continued to Thursday, November 7, 2013, at 9:00 a.m.  It is further ordered that the time through and including November 7, 2013, shall be excluded from the computation of time within which trial shall commence, as the reasonable time necessary for effective preparation of counsel, pursuant to 18 U.S.C. 3141(h)(7)(A) and (h)(7)(B)(iv).

Dated: October ___, 2013

_____
HON. D. LOWELL JENSEN
United States District Judge

[ Order to Continue
CR 13-00526 DLJ                                                 1